UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21262-CIV-UNGARO/TORRES

### INDEX OF EXHIBITS

**A. FRUVEG WORLD Website Pages**

**B. Email from Defendants' Counsel**

**C. Corporate Documents for Defendant FRUVEG PERU**

**D. U.S. Department of State Circulars -  Colombia, Guatemala, Peru, and Spain**

**E. Emails from Agents of Defendants FRUVEG USA / FRUVEG VALENCIA**

**F. Florida Division of Corporations Printout for FRUVEG USA**

# EXHIBIT A



Fruveg World | Wix.com



# Fruveg USA Corp

9737 NW 41st
Ste #719
Doral, FL 33178
Phone (954)999-4012
E-Fax: (305)675-0439
Cell: (305)747-2158
skype: joerua717

JOSE RUANO
e-mail: jruano@live.com
e-mail:
jruano@fruvegworld.com

Home

Fruveg USA

Fruveg Colombia

Fruveg Perú

Fruveg Guatemala

Fruveco DEC (Colombia)

Creado por: DeMoss Marketing

This Website was created using wix.com Start Website builder

http://www.wix.com/webfruveg/fruveg



# Fruveg Colombia S.A.S

⚔ WiX ♨

Home

Fruveg USA

Fruveg Colombia

Fruveg Perú

Fruveg Guatemala

Fruveco DEC (Colombia)

LEVY PATRICIA ZAPATA
Cra 25 N° 47-66 Medellín
Telefax: (4) 221-66-22
e-mail:
levypzapata@hotmail.com
Cell: (318) 206-41-75
         (321) 645-61-89

## Lista de Productos

Plantain Green ........... 50lbs
Banana ........... 40lbs
Ñame Hespino ........... 40lbs
Ñame Diamante ........... 40lbs
Herbs/Various
 - Basil
 - Chives
 - Cilantro
 - Mint
 - Tarragon
 - Oregano
 - Thyme
 - Dill
 - Italian Parsley
Peas, Snow ........... 10lbs
Peas, Sugar10lbs
Peas, English (Snucked) ........... 5lbs
Pineapples (Golden Sweet) ........... Box
Yucca Root (waxed) ........... 40lbs
Strawberries ........... Flat
Gooseberries ........... Flat

Creado por: DeMoss Marketing



# Fruveg Perú Export S.A.C

- Home
- Fruveg USA
- Fruveg Colombia
- Fruveg Perú
- Fruveg Guatemala
- Fruveco DEC (Colombia)

**Lista de Productos**

Asparagus
. Small — 11lbs
. Standard — 11lbs
. Large — 11lbs
. Extra Large — 11lbs
. Jumbo — 11lbs
Mango — Box
Ginger — 30lbs
Citrus — Box
. Minneola
. Tangerine
Grapes
. Red Globes — Box
Avocados — Box

Creado por: DeMoss Marketing

This Website was created using wix.com Start Website builder

WIX

# Fruveg Guatemala S.A



Home

Fruveg USA

Fruveg Colombia

Fruveg Perú

Fruveg Guatemala

Fruveco DEC (Colombia)

Fruveg Guatemala
21 Avenida "B" 0-40 Zona 15
Vista Hermosa II
Guatemala, 01015
Office Phone :(502) 2369-8693
Office Fax :  (502) 2369-8694

## Lista de Productos

| | |
|---|---|
| Bean, French (Haricot Vert) | 5lbs |
| Bean, Yellow wax | 5lbs |
| Squash, Baby Sunburst | 5lbs |
| Squash, Baby Zucchini | 5lbs |
| Squash, Baby Patty Pan | 5lbs |
| Carrots, Peeled Baby (Orange, purple, White & Maroon) | 5lbs |
| Peas, English Shucked | 5lbs |
| Corn, Peeled Baby | 5lbs |
| Plantain Green | 50lbs |
| Limes (Green) | 30lbs |
| Avocados | Box |
| Watermelon | Box |
| - Seeded | |
| - Seedless | |
| - Mini | |

This Website was created using wix.com StartWebsite builder

Creado por: DeMoss Marketing



# Fruveco DEC S.A.S (Colombia)

- Home
- Fruveg USA
- Fruveg Colombia
- Fruveg Perú
- Fruveg Guatemala
- Fruveco DEC (Colombia)

Creado por: DeMoss Marketing

This Website was created using wix.com StartWebsite builder

⚡ WiX

# EXHIBIT B

**Oliver Ruiz**

---

**Subject:**            RE: Trademark Dispute - FRUVEG USA - 7.143.11

---

**From:** Ruben [mailto:ruben@rgmwlaw.com]
**Sent:** Friday, February 03, 2012 12:46 PM
**To:** Oliver Ruiz
**Cc:** Monica Rodriguez; Malloy Filing
**Subject:** RE: Trademark Dispute - FRUVEG USA - 7.143.11

Good afternoon, Oliver:

As to the foreign business entities, our client does not have control over their actions and decisions. My apologies for the brief answer, but what we have done is the extent of what my client can do regarding the situation at hand.

If I can be of any further assistance, please do not hesitate to contact me.

Thank you,

Ruben M. Moreno, Esq.
**GONZALEZ & WERMUTH, P.L.**
8750 NW 36 Street, Suite 425
Miami, Florida 33178
Tel: (305) 715-7157
Fax: (305) 715-8982

# EXHIBIT C



SUNARP Zona Registral N° V - Sede Trujillo
Vale por Copia Literal
Atendido 620
S/. 16.00
Fecha
Consta de 01 Caras

PATRICIA E. ABRIL MUÑOZ
CERTIFICADOR
Zona Registral N° V - Sede Trujillo

**SUNARP**
SUPERINTENDENCIA NACIONAL
DE LOS REGISTROS PUBLICOS

ZONA REGISTRAL N° IX. SEDE LIMA
OFICINA REGISTRAL CALLAO
N° Partida: 70389009

**INSCRIPCION DE SOCIEDADES ANONIMAS**
**FRUVEG PERU EXPORT SOCIEDAD ANONIMA CERRADA**
**FRUVEG PERU EXPORT S.A.C.**

REGISTRO DE PERSONAS JURIDICAS
*RUBRO:* CONSTITUCION
A 00001

Por Escritura Pública del 18/01/2012 otorgada ante Notario del Callao Dr. Walter Ricardo Díaz Cárdenas.
*SOCIOS FUNDADORES Y ACCIONES:*
1) *MATILDE ISABEL SACO BOBADILLA*, peruana, soltera, suscribe 3,000 acciones.
2) *ANDRES ARTURO EDUARDO BICKFORD GARCIA*, guatemalteco, soltero, suscribe 3,000 acciones.
*Objeto (Art. 1°):* Compraventa, importación, exportación, comercialización, distribución, representación, transporte, producción, cultivo, procesamiento de productos agrícolas y/o agroindustriales en general, frutas y verduras, productos perecibles y similares o derivados. Asimismo podrá efectuar la transformación, corte, lavado, envasado, y cualquier otro vinculado, de productos agrícolas y/o agroindustriales, frutas y verduras, productos perecibles y similares o derivados. También podrá dedicarse a la compra venta, importación, exportación, comercialización, distribución, representación, transporte de insumos, productos, equipos, maquinarias, repuestos y accesorios vinculados a la industria agrícola, agroindustrial y vinculados. Podrá brindar servicios de asesoría o consultoría en temas de agricultura, agroindustria, comercio exterior y vinculados en general.
*Domicilio:* Callao, pudiendo establecer sucursales en cualquier lugar de la República y/o del extranjero, mediante simple acuerdo de la Junta General de Accionistas.
*Inicio de Operaciones:* A la fecha de suscripción de minuta, 12/01/2012. *Duración:* Indeterminada.
*Capital (Art. 4°):* El capital de la sociedad es de S/.6,000.00 (Seis Mil y 00/100 Nuevos Soles) dividido en *6,000 acciones* de un S/.1.00 cada una, suscritas y pagadas.
*Organos de la Sociedad:* La Junta General de Accionistas y la Gerencia. La sociedad no tiene Directorio.
*Régimen de la Junta General:* Todo su régimen, convocatoria, quórum y adopción de acuerdos se rige según lo dispuesto en la Ley General de Sociedades (LGS). Los accionistas podrán hacerse representar en las reuniones de Junta General por medio de otro accionista, su cónyuge, descendiente o ascendiente en primer grado, así como por cualquier apoderado nombrado al efecto.
*Régimen de la Gerencia:* La sociedad será administrada y dirigida por un Gerente General. *Facultades (Art. 9°):* El *Gerente General* está investido de todas las facultades y los poderes generales y especiales que se requieran para la dirección, representación y manejo de la sociedad; teniendo en cuenta la facultad para adoptar acuerdos de toda clase y celebrar actos y contratos de toda clase, con excepción de los asuntos que la Ley o el Estatuto atribuyan a la Junta General, de acuerdo al Art. 188° de la LGS. El Gerente General a *sola firma* podrá ejercer las siguientes atribuciones: 1. Organizar el régimen interno de la sociedad, usar el sello de la misma; expedir correspondencia, cuidar de la contabilidad que este al día, inspeccionar los libros, documentos y operaciones de la sociedad, y dictar las disposiciones para el correcto funcionamiento de la misma. 2. Celebrar y ejecutar los actos y contratos ordinarios correspondientes al objeto social. 3. Representar a la sociedad en toda clase de procesos judiciales como demandante, demandado o tercerista, cualquiera que fuere el monto de las demandas que interponga en procesos en todas sus instancias, hasta la Corte Suprema si fuere el caso Tribunal Constitucional, hasta su total y completa terminación, pudiendo presentar toda clase de recursos previstos en el Código Procesal Civil

Página Número

*Resolución del Superintendente Nacional de los Registros Públicos N° 124-97-SUNARP*

IMPRESION:26/04/2012 12:53:28 Pagina 1 de 4
No existen Titulos Pendientes y/o Suspendidos
PASMAT/0801

**SUNARP**
SUPERINTENDENCIA NACIONAL
DE LOS REGISTROS PUBLICOS

ZONA REGISTRAL Nº IX. SEDE LIMA
OFICINA REGISTRAL CALLAO
Nº Partida: 70389009

**INSCRIPCION DE SOCIEDADES ANONIMAS**
**FRUVEG PERU EXPORT SOCIEDAD ANONIMA CERRADA**
FRUVEG PERU EXPORT S.A.C.

disposiciones de procesos privativos vigentes en el país o que en el futuro se creen gozando de las facultades generales y especiales del mandato contenidas en los artículos 74 y 75 del Código Procesal Civil, y cualquier otra facultad prevista en los procesos especiales, pudiendo contestar demandas nuevas, ofrecer pruebas, y de manera especial en todos los procesos en que la empresa sea demandante, demandado o tercerista, para que pueda prestar confesión o declaración de parte, presentarse en el compareendo y para practicar los demás actos, reconocer documentos, allanarse a las demandas, desistirse de las demandas que pudiera tener establecidas o de las demandas que se interpongan en su nombre, transigir o conciliar en el proceso o interponer todos los recursos ordinarios y extraordinarios previstos en el Código Procesal Civil tales como: reposición, apelación, casación, queja; asimismo podrá solicitar toda clase de medidas cautelares, ampliarlas y/o modificarlas y/o sustituirlas y/o desistirse de las mismas; así como ofrecer contracautela en todas las formas previstas por la ley, inclusive en forma de caución juratoria, medidas cautelares, prestar declaración de parte, reconocimiento de documentos, exhibición de documentos, demandar, contestar demandas, reconvenir, deducir excepciones y/o defensas previas, tachar u observar medios probatorios, intervenir en las audiencias, inclusive en las de saneamiento, conciliación, pruebas y sentencia, interponer todos los recursos impugnatorios contra las resoluciones judiciales, desistirse del proceso y/o de la pretensión, allanarse a la pretensión, conciliar, transigir, someter a arbitraje las pretensiones controvertidas en el proceso, podrá cobrar consignaciones, podrá endosar certificados de depósitos judiciales, podrá cobrar costos y costas del proceso, podrá delegar este poder en todo o en parte en persona de su confianza reasumiéndolo cuando lo estime conveniente. Dichas facultades se entienden otorgadas para todo el proceso, incluso para la ejecución de sentencia y el cobro de costos y costas. 4. Representar a la sociedad en toda clase de procesos penales, con las facultades específicas de denunciar, constituirse en parte civil, prestar instructivas, preventiva y testimoniales, declaraciones de todo tipo, pudiendo acudir a nombre de la empresa ante las autoridades policiales, judiciales sin restricción y cualquier órgano competente. 5. Asumir la representación de la sociedad especialmente ante procedimientos laborales, ante el ministerio de trabajo, y los juzgados y salas laborales. 6. Representar a la sociedad ante los poderes del estado, instituciones nacionales y extranjeras y todo tipo de autoridades, civiles, administrativas, policiales y militares, gobiernos locales, municipales, ministerio público, defensoría del pueblo. 7. Representar a la sociedad en toda clase de licitaciones públicas convocadas por el estado, por entidades estatales, por entidades semi-estatales y/o particulares, y en general en toda clase de licitaciones cualquiera quien sea quien lo convocara, sin limitación o excepción alguna; y especialmente en licitaciones y contratos de ejecución de obras públicas de acuerdo a lo establecido en el Reglamento de la ley de licitaciones y adquisiciones. Pudiendo celebrar los correspondientes contratos por documento público o privado; presentarse ante toda clase de organismos del sector público nacional, ofertas o propuestas para licitaciones públicas o concursos de precios, y obras con facultad para formular ofertas, fijando los términos y condiciones de los mismos y celebrar los contratos cuando la buena pro, hubiera sido concedida a la sociedad. 8. Asistir con voz pero sin voto a las sesiones de la junta general salvo que esté decidía en contrario. 9. Expedir constancias y certificaciones respecto del contenido de los libros y registros de la sociedad. 10. Actuar como secretario de las juntas general de accionistas. 11. Usar el sello de la sociedad, expedir la correspondencia y cuidar de la contabilidad este al día. 12. Presentar a tiempo oportuno el balance general de cada ejercicio y la información necesaria para la memoria anual que debe presentar a la junta general de accionistas. 13. Nombrar al personal de empleados y obreros de la sociedad, fijándolas sus remuneraciones, nombrar representantes, asesores, apoderados, agentes, contadores y demás funcionarios a nivel nacional e internacional. 14. Amonestar y cesar funcionarios, suspender y despedir al personal. 15. Corre

Página Núm

*Resolución del Superintendente Nacional de los Registros Públicos N° 124-97-SUNARP*

Partida Nº 70389009

ZONA REGISTRAL Nº IX. SEDE LIMA
OFICINA REGISTRAL CALLAO
Nº Partida: 70389009

**SUNARP**
SUPERINTENDENCIA NACIONAL
DE LOS REGISTROS PUBLICOS

INSCRIPCION DE SOCIEDADES ANONIMAS
FRUVEG PERU EXPORT SOCIEDAD ANONIMA CERRADA
FRUVEG PERU EXPORT S.A.C.

vender, hipotecar, prendar, bienes muebles e inmuebles, celebrar toda clase de contratos ya sean civiles o mercantiles, como de locación de obras, de servicios, seguros, fletes, suministros, comisiones y consignaciones. 16. Autorizar y suscribir toda clase de pólizas, así como documentos de embarque y aduanas, estando facultado para endosar, en general celebrar toda clase de contratos fijando libremente las condiciones del contrato, pudiendo prescindirlas o resolverlas cuando lo estime conveniente. 17. Celebrar contrato de mutuo con o sin garantía hipotecaria, prendaria o mobiliaria de cualquier otra índole. 18. Celebrar contratos de arrendamiento de bienes muebles e inmueble, firmando contratos, rescindiéndolos o resolviéndolos cuando lo estime conveniente. 19. Otorgamiento de garantías en general, como garantía mobiliaria e hipoteca, fianza solidaria o mancomunada. 20. Celebrar contratos de créditos en cuenta corriente, créditos documentarios, comprar certificados bancarios y valores, vender certificados bancarios y valores, contratos de arrendamiento financiero, contratos de advance account leasing, etcétera. 21. Celebrar contratos de crédito bancario, financiero y de cualquier otro tipo, para concretar fianza, otorgar fianza mancomunada o solidaria, solicitar aval, podrá avalar a terceros, otorgar garantías a favor de terceras personas, para otorgar garantía, ceder créditos, afectar depósitos en cuenta corriente a terceras personas naturales o jurídicas. 22. Abrir y cerrar todo tipo de cuentas, ahorros, cuentas corrientes, cuentas a plazos y otras que establezca la ley; 23. Abrir y cancelar cuentas a plazos, de ahorros, retirar imposiciones, depositar, comprar, vender y retirar valores, podrá ordenar cargos y abonos, transferencias en cuenta corriente, abonos, créditos en cuenta corriente. 24. Ordenar pagos y cobros y otorgar recibos y cancelaciones, levantamiento de hipotecas. 25. Girar, renovar, endosar, descontar, aceptar, avalar, protestar, cobrar, y dar en garantía letras de cambio. 26. Suscribir vales, pagarés, endosarlos, avalarlos, descontarlos, cobrarlos, y en general suscribir toda clase de instrumento de crédito. 27. Girar, endosar, protestar, cobrar y dar en garantía cheques y cualquier otra orden de pago, girar sobre saldos acreedores, girar sobre saldos deudores, endosarlos a terceros, endosarlos para abono en las cuentas de la empresa, endosar cheques a favor de terceros o de la misma empresa, podrá cobrar giros, transferencias telegráficas. 28. Suscribir cartas de crédito o cartas fianza en moneda nacional o extranjera. 29. Solicitar y acordar créditos de cualquier naturaleza, con cargo a cuentas corrientes, efectuar depósito en cuenta corriente, advance o sobregiros, cuentas de ahorro, certificados bancarios y crédito documentarios entre otros. 30. Realizar toda clase operaciones bancarias, incluyendo apertura y cierre de cuentas, colocación o retiros de imposiciones y depósitos, descuentos de efectos mercantiles, cobranzas, contratación de créditos activo y pasivo, préstamos, sobregiros y avances bancarios bajo cualquier modalidad, con o sin garantía. 31. Endosar pólizas de seguros, certificados de depósitos, warrants, conocimientos y demás documentos de embarque y de almacenes generales; certificados para ceder créditos, para afectar depósitos en cuenta corriente y a plazos. 32. Solicitar cartas fianzas, otorgar cartas fianzas a terceros, solicitar fianza simple o solidaria, mancomunada. 33. Cobrar giros, transferencias y otorgar recibos y cancelaciones, para ordenar cargos y transferencias en cuenta corriente y ahorros; recibir y cobrar todas las sumas que adeude a la empresa y otorgar en consecuencia recibos y cancelaciones, levantamiento de hipotecas sin reserva ni limitación alguna. 34. Suscribir los títulos y valores y los demás instrumentos por los que se obligue la empresa. 35. Abrir y cerrar, operarlas, cancelar cajas de seguridad. 36. Contratar, afectar, renovar, depositar seguros. 37. Celebrar cualquier otro contrato atípico o innominado que requiera celebrar la sociedad. 38. Otorgar y revocar poder a favor de personas naturales o jurídicas, para que representen a la sociedad con las facultades que considere conveniente, salvo las que son inherentes a su cargo.

**Modificación de Estatuto, Aumento y Reducción de Capital:** Según la LGS.

**Estados Financieros y Utilidades:** Según la LGS.

Página Nº 6

*Resolución del Superintendente Nacional de los Registros Públicos Nº 124-97-SUNARP*

IMPRESION:26/04/2012 12:53:28 Página 3 de 4
No existen Títulos Pendientes y/o Suspendidos

PASMAT/0801

**Partida Nº 70389009**

**SUNARP**
SUPERINTENDENCIA NACIONAL
DE LOS REGISTROS PUBLICOS

ZONA REGISTRAL Nº IX, SEDE LIMA
OFICINA REGISTRAL CALLAO
Nº Partida: 70389009

**INSCRIPCION DE SOCIEDADES ANONIMAS**
**FRUVEG PERU EXPORT SOCIEDAD ANONIMA CERRADA**
**FRUVEG PERU EXPORT S.A.C.**

*Disolución, Liquidación y Extinción de la Sociedad:* Según la LGS.
Se designa como *GERENTE GENERAL* a *MATILDE ISABEL SACO BOBADILLA* (DNI
Nº10181443). *El título fue presentado el 20/01/2012 a las 10:40:15 AM horas, bajo el Nº 2012-
00001612 del Tomo Diario 0164. Derechos cobrados S/.70.00 nuevos soles con Recibo(s) Número(s)
00000508-02 00000604-01.- CALLAO, 24 de Enero de 2012.-*

MARIO ANDRES ROMAN CAVERO
Registrador Público
Zona Registral Nº IX - Sede Lima

PASMAT/0901    IMPRESION:26/04/2012 12:53:28 Pagina 4 de 4
No existen Títulos Pendientes y/o Suspendidos

*Resolución del Superintendente Nacional de los Registros Públicos Nº 124-97-SUNARP*

Página Núme

# EXHIBIT D

# Inter-American Service Convention and Additional Protocol

**Disclaimer:**THE INFORMATION IN THIS CIRCULAR RELATING TO THE LEGAL REQUIREMENTS OF SPECIFIC FOREIGN COUNTRIES IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A PARTICULAR CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO FOREIGN COUNSEL OR THE FOREIGN CENTRAL AUTHORITY FOR THE INTER-AMERICAN CONVENTION AND ADDITIONAL PROTOCOL.

**In Force:**ARGENTINA, BRAZIL, CHILE, COLOMBIA, ECUADOR, GUATEMALA, MEXICO, PANAMA, PARAGUAY, PERU, UNITED STATES, URUGUAY and VENEZUELA.

**Summary:**The Inter-American Convention on Letters Rogatory and Additional Protocol (IACAP) are a pair of international agreements designed to facilitate judicial assistance between countries. The United States interprets those agreements as limited to covering service of process and countries must be a party to both agreements in order for a treaty relationship to exist. Replacing the traditional letters rogatory process, the IACAP provides a mechanism for service of documents by a foreign central authority. The Department of Justice is the U.S. Central Authority under the IACAP. Requests from the United States are transmitted via a private contractor carrying out the service functions of the U.S. Central Authority on behalf of the Department of Justice.

**Scope of the Convention:**While the terms of the IACAP limit its application to civil and commercial matters, it also permits countries to choose to apply it to criminal and administrative matters. Only Chile has declared that it will apply the IACAP in such cases. For general information about the use of formal letters rogatory to effect service in criminal or administrative matters, see our general Preparation of Letters Rogatory and Service of Process flyers.  Note that foreign countries may have different legal interpretations as to what types of actions are considered "administrative matters."

**Mandatory Convention Form:**  The required form may be found online at the website of the Department of Justice's contractor.  Formal letters rogatory are not required.

**Number of Copies:**The request for service should include the original and two copies of the form, and three copies of the summons and complaint or other documents to be served.

**Translations:**While it is not necessary to translate the form into the language of the foreign country, the documents to be served, such as a summons and complaint, must be translated into the foreign language.

**Signature of Clerk of Court in U.S. Required:**Unlike the Hague Service Convention, the IACAP requires the form to bear the seal and signature of the judicial or other authority of the country of origin and the signature and stamp of the Central Authority. The clerk of the court in the U.S. where the action is pending must place their seal and signature on the form where it reads

"Signature and stamp of the judicial or other adjudicatory authority of the state of origin". The Department of Justice's contractor will execute the signature/stamp of the U.S. Central Authority.

**Fees:**While the IACAP provides that processing requests shall be free of charge, it also permits Central Authorities to seek payment by parties for costs incurred for services necessary to effect service in accordance with local law. Some foreign countries will charge fees of $25.00 to the foreign central authority. Mexico and Argentina have made declarations that they do not charge the fee. Other countries parties to the Convention and Additional Protocol have been silent on the subject. Therefore, if service is sought in countries other than Mexico and Argentina, a certified check or money order in the amount of $25.00 made payable to the foreign central authority should be forwarded along with the form and the documents to be served. If no fee is charged the check will be returned.

**Proof of Service:**The foreign central authority will execute page 7 of the form as proof of service.

**Special Note Re Border States:**The IACAP permits courts in border areas of the states parties to directly execute the requests and such requests shall not require authentication.  It is important to note that if attorneys representing clients in border states transmit requests directly to foreign Central Authorities, those Central Authorities transmit the proof of service to the U.S. Central Authority. It is important therefore that the request state where the executed request should be returned. This information should include the name and address of the attorney.  The U.S. Central Authority also advises that Mexico requires that a request transmitted from a border state to the Mexican Central Authority be authenticated in accordance with the Hague Apostille Convention.

**Time Frame:**The time required to execute a Convention request is not much faster than the letters rogatory procedure in some countries.  As a general rule it may take from 6 months to a year for a request to be executed. The U.S. Central Authority advises that Argentina and Peru have succeeded in processing requests more quickly, generally within three months.

**Service by Mail:**Neither the Convention nor the Additional Protocol expressly provide for service by mail.  Litigants should consult local counsel to determine if mail or other methods of service are available, and what effect the use of alternative methods might have on later efforts to have a U.S. judgment locally enforced.

**U.S. Reservation Concerning Obtaining Evidence:**The United States made a reservation pursuant to the Convention excluding its application to requests to obtain evidence.  Litigants may wish to consult local counsel to determine what methods are available.  For general information on seeking evidence overseas through the letters rogatory process, see our website.

**Service in the U.S. Under the Convention:**While alternative methods for service such as personal or mail service are permitted in the United States, the private contractor carrying out the service functions of the U.S. Central Authority on behalf of the Department of Justice also accepts requests from foreign Central Authorities for service of process in the United States.  The private contractor does not charge a fee for service requests made pursuant to the Convention and Additional Protocol.

**Foreign Central Authorities:**Information on foreign Central Authorities may be found on the Organization of American States' website.

Return to Judicial Assistance Page

# JUDICIAL ASSISTANCE SPAIN

DISCLAIMER: THE INFORMATION IN THIS NOTICE RELATING TO SPANISH LEGAL REQUIREMENTS IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE COMPLETELY APPLICABLE TO A PARTICULAR CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC SPANISH LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE SPANISH AUTHORITIES OR SPANISH LEGAL COUNSEL.

**PROVISO:** This flyer seeks only to provide information; it is not an opinion on any aspect of US, foreign, or international law. The US Department of State does not intend by the contents of this flyer to take a position on any aspect of any pending litigation.

**APPLICABLE TREATIES OR OTHER AGREEMENTS**

- The Vienna Convention on Consular Relations, 21 UST 77; 596 UNTS 261; TIAS 6820 (Article 5).
- Extradition Treaty between the United States of America and Spain, signed 05/29/70 and entered into force 06/16/71 (TIAS 7136); Supplementary Extradition Treaty, signed 06/25/75 (TIAS 8938); Second Supplementary Extradition Treaty, signed 02/09/88; Senate Treaty Document 102-24; Third Supplementary Extradition Treaty, signed 03/12/96 and entered into force 07/25/99.
- US - Spain Mutual Legal Assistance in Criminal Matters Treaty, signed 11/20/90 and entered into force June 30, 1993: Senate Treaty Document 102-21.
- The Council of Europe Convention on the Transfer of Sentenced Persons. Signed in Strasbourg 3/21/83; entered into force 7/1/85: TIAS 10824.
- The Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters signed at the Hague on November 15, 1965: 28 USCA (Appendix following Rule 4 FRCvP); VIII Martindale-Hubbell Law Directory, Part VII; 20 UST 361; TIAS 6638; 658 UNTS 163.
- The Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters: 23 UST 2555; TIAS 7444; 847 UNTS 231; 28 USCA 1782 (1975 Cum. Supp.); 28 USCA 1781 (Supp. 1979); 81 LM 37 (1969); Martindale-Hubbell Law Directory, Vol. VII, Selected International Conventions.
- The Hague Convention Abolishing the Requirement for Legalization of Foreign Public Documents: TIAS 10072; 527 UNTS 189, 20 Int"l Legal Materials 1405-1419 (1981).

## SERVICE OF PROCESS

Spain and the United States are parties to the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 UST 361, TIAS 6638, 28 USCA (Appendix following Rule 4 FRCvP), 16 ILM 1339 (1977)). The Hague Service Convention provides for service by international registered mail, by agent and by formal request to the foreign central authority. *(See Rule R (f) (1) FRCvP)* For a detailed discussion of the operation of the Hague

Service Convention consult our flyer on the Convention Service can be effected in Spain under the Convention through the Spanish Central Authority. An attorney can make a request for service to the Central Authority by submitting the documents to be served under cover of form USM-94 in duplicate. The Convention form (USM-94) is available at the office of any United States Marshal and is reprinted in the Martindale Hubbell Law Directory, Law Digest Volume, Selected International Conventions, after the text of the Hague Service Convention.

**SPANISH CENTRAL AUTHORITY:**

Secretaría General Técnica
Subdirección de Cooperación Jurídica Internacional
Ministerio de Justicia
c/ San Bernardo, 62
28071 Madrid, Spain

**TRANSLATIONS:** The Spanish Central Authority has informed the Hague Conference for Private International Law that all documents forwarded to them for service under the provisions of the Convention must be in duplicate and must be written in or translated into Spanish.

**U.S. CENTRAL AUTHORITY:**

Office of International Judicial Assistance
Civil Division
Department of Justice
1100 L St., N.W.; Room 11006, Washington, DC 20530
Tel. (202) 307-0983; fax (202) 514-6584.

**COSTS:** There are generally no costs incurred in connection with service through the central authority under the Convention.

**METHODS OF SERVICE:** Article 5(b) - Personal Service: If personal service is required, strike out methods (a) and (c) on the Request for Service Form (USM -94) and indicate method (b) on the form, noting that the documents should be served personally upon the person or company to be served.

**COMPLETING THE USM-94 FORM:** To obtain guidance on completing form USM-94, consult our general flyer on the Hague Service Convention available via our home page on the Internet or via our automated fax service.

**TRANSMITTING THE COMPLETED REQUEST:** Requesting counsel as the "applicant" should mail the completed request form and documents to be served (two copies of each) directly to the foreign Central Authority as provided by Article 3 of the Convention. See our flyer, Hague Service Convention for details regarding completion and transmittal of the forms and accompanying documents.

**OTHER METHODS OF SERVICE:** Spain did not make any reservations with respect to service by international registered mail.

**SERVICE BY MAIL:** Spain did not object to service by postal channels (Article 10(a)) when it acceded to the Hague Service Convention. Therefore, service can be effected by international

registered mail (return receipt requested) or any of the overnight or rapid delivery services which provide a returned receipt as proof of service. Information regarding service by international mail may be obtained from most US Post Offices.

**TRANSLATIONS:** The Spanish Central Authority has informed the Department of State that unless the party to be served accepts service voluntarily, the documents being served by mail must be translated into Spanish.

**SERVICE BY AGENT:** The Spanish Central Authority has not presented any objection to service by agent under Article 10 (b and c).

**SERVICE IN CRIMINAL CASES:** An American consular officer abroad may serve a Federal criminal subpoena (28 USC 1783). Requests for service of criminal subpoenas should be addressed to CA/OCS/ACS/EUR, Department of State, Washington, DC 20520-4817. Requests should include two certified copies of the court order and subpoena, instructions pertaining to airline tickets and cash advances, as well as complete fiscal data. Service of state criminal subpoenas is considered by the Department on a case by case basis. Contact CA/OCS/ACS/EUR for further information.

### OBTAINING EVIDENCE

**PROVISO:** When evidence sought is in a foreign country, it is necessary to observe not only applicable state or federal rules, but also the laws and regulations of the foreign country where the evidence is located. Procedures may vary in civil, criminal, and administrative cases. Attempting to obtain evidence without following the requirements of the foreign country may result in the arrest, detention, deportation or imprisonment of participants, including American counsel.

**DEPOSITIONS OF WILLING WITNESSES:** Voluntary depositions may be taken of willing witnesses. Such depositions may be taken on notice or pursuant to a commission or court order before any consular officer of the United States. Consular depositions may be conducted in certain cases governed by Articles 15 through 18 of the Convention. Article 15 permits a consular officer of the United States to take the voluntary testimony of a U.S. citizen in Spain. Article 16 pertains to the voluntary testimony of a Spaniard or third country national. The Spanish Central Authority has informed the Hague Conference for Private International Law that a U.S. consular officer in Spain need not secure permission to take a voluntary deposition within consular premises.

**COMMISSIONER:** Another procedure available to litigants under the Convention (Art. 17) permits a commissioner *(for example, a private American attorney)* appointed by an American court to take the voluntary testimony of a witness of any nationality. Commissioners do not need permission from Spanish authorities to take voluntary testimony. Commissioners may apply to the First Instance Court in Spain having jurisdiction over the deponent for the power to compel testimony, if necessary (Art. 18).

**TELEPHONE DEPOSITIONS:** *In some cases, the commissioner may opt to take the testimony of a witness by telephone. A consular officer swears in the deponent who gives testimony in a conference call (the attorney will conduct questioning by phone).*

**SCHEDULING A DEPOSITION AT THE U.S. EMBASSY:** *Services of the U.S. consular officer in connection with oral depositions or depositions on written questions must be scheduled in advance*

directly with the U.S. Embassy/Consulate General. Contact the American Citizens Services section of the Consular Section of the U.S. Embassy/Consulate via phone or fax as provided below. If the services of a U.S. consular officer are required to administer oaths to the witnesses, stenographer and any interpreter outside the Embassy/Consulate General, additional fees are charged for such services. Consult the Office of American Citizens Services general flyer Obtaining Evidence Abroad .

**STENOGRAPHERS/TRANSLATORS:** Commercial stenographer and interpreter services are widely available in Spain. Consult the U.S. Embassy/Consulate for additional information. **Court reporters are not easily available in Spain** .

**HOST COUNTRY CLEARANCE – PARTICIPATION OF LOCAL, STATE OR FEDERAL GOVERNMENT OFFICIALS FROM THE UNITED STATES:** If a local, state, or federal government official from the United States intends to participate in the voluntary deposition of a willing witness abroad, formal host country and U.S. Embassy clearance is required. This can be obtained by contacting the Office of American Citizens Services. The request should be made at least ten days prior to the taking of the deposition to allow sufficient time for local authorities to make a determination about the official travel.

**COMPULSION OF TESTIMONY, DOCUMENTARY OR PHYSICAL EVIDENCE:** If compulsion of evidence is required, in civil, commercial, and some administrative cases (considered by foreign Central Authority on a case by case basis) the Hague Evidence Convention provides a "Model Letter of Request" which should be transmitted in duplicate directly from the court in the United States seeking assistance to the Spanish Central Authority. See Martindale-Hubbell Law Directory, Selected International Conventions, Vol. VII for the model letter of request form to compel evidence. The request should include any specific procedures desired by the requesting court, such as verbatim transcripts.

This procedure is completely under the control of the Spanish judiciary. If you wish to attend the hearing, you must state your wish to be notified of the date, time and place in your letter of request. Specify that you be notified of date, time, and place. If you desire, you may also request permission to appear before the court to ask additional questions. The court is under no obligation to allow your active participation in the hearing. If such permission is granted, the questions would normally be asked through the magistrate.

**PRE-TRIAL DISCOVERY OF DOCUMENTS:** The Spanish Central Authority has informed the Hague Conference for Private International Law that it will not grant requests for pre-trial discovery of documents (Article 23).

**SPANISH CENTRAL AUTHORITY:**

Secretaría General Técnica
Subdirección de Cooperación Jurídica Internacional
Ministerio de Justicia
c/ San Bernardo, 62
28071 Madrid, Spain

**TRANSLATIONS:** The Spanish Central Authority has advised the Hague Conference on Private International Law that requests for compulsion of evidence under the provisions of the Convention must be submitted in duplicate and must be written in or translated into the Spanish language.

**TRANSMITTAL OF A REQUEST:** The request should be transmitted to the Foreign Central Authority as explained in our general flyer on the operation of the Hague Evidence Convention.

**CRIMINAL CASES:** Requests for compulsion of evidence in criminal cases may be made in the form of a letter rogatory. See our general flyer regarding Preparation of Letters Rogatory. Defense counsel cannot utilize mechanisms provided for under MLAT agreements, and thus must follow the formal letter rogatory procedure.

**LISTS OF FOREIGN ATTORNEYS:** Lists of foreign attorneys prepared by the U.S. Embassy or Consulate General are available from the Office of American Citizens Services or directly from the U.S. Embassy or Consulate General.

**AUTHENTICATION OF DOCUMENTS:** Spain is a party to the Hague Convention Abolishing the Requirement for Legalization of Foreign Public Documents (TIAS 10072; 527 UNTS 189; 20 Int''l Legal Materials 1405 - 1419 (1981)). Following is a list of the competent authorities that issue certifications pursuant to the Convention (known as "apostille" certificates). Judicial and Civil Registry documents are issued in each Autonomous Community by the Secretaría de Gobierno de los Tribunales Superiores de Justicia (The Clerk of The Superior Court). Notarial documents are issued in each Autonomous Community by the Decano del Colegio Notarial (The Dean of the Notaries Association). For all other official documents, contact the Jefe de la Sección Central de la Subsecretaria del Ministerio de Justicia (The Ministry of Justice), c/ San Bernardo 45, 28014 Madrid, Spain. See also our general flyer on the Hague Legalization Convention available via our home page on the Internet. See the State Department Authentifications Office home page for more information. The Spanish Ministry of Justice also has a web site with information about how to obtain the Apostille in Spain .

**U.S. EMBASSY/CONSULATE LOCATIONS:**

U.S. Embassy Madrid, Calle Serrano, 75, 28006 Madrid
Tel. (011) (34) (91) 587 2240; Fax (011) (34) (91) 587 2243

U.S. Consulate General Barcelona, Paseo Reina Elisenda de Moncada, 23, 08034 Barcelona
Tel. (011) (34) (93) 280 2227; Fax (011) (34) (93) 205 5206

**ADDITIONAL INFORMATION:** The Office of American Citizens Services has available general information flyers on international judicial assistance many of which are available through our automated fax system or via our Internet Consular Affairs home page. These topics include:

- Preparation of Letters Rogatory
- Obtaining Evidence Abroad
- Service of Process Abroad
- Authentication of Documents
- Hague Legalization Convention

- *Hague Evidence Convention*
- Hague Service Convention
- *Enforcement of Judgments*

**USING THE INTERNET:**

*Many of our judicial assistance flyers are also available on the Internet via the Department of State, Bureau of Consular Affairs home page under Judicial Assistance . See also the Department of State's Office of the Legal Adviser for Private International Law home page .*

**TREATY DATABASES ON THE INTERNET:**

- *United States Department of State, Office of the Legal Adviser, Treaty Affairs, List of Treaties and Other International Agreements of the United States in Force*
- *United Nations (UN): Databases/Treaties*
- *Council of Europe (COE) under Texts/Treaties*

**ADDITIONAL QUESTIONS:** *If you have further questions, contact the Office of American Citizens Services, CA/OCS/ACS, Department of State, Room 4817 N.S., Washington D.C. 20520, Tel: (202) 647-5226.*

# EXHIBIT E

**De:** sm mieles [diazmieles@hotmail.es]
**Enviado:** 16/03/2012 12:06 CET
**Para:**
**Asunto:** limones


hola          ,soy  SHIRLEY MIELES DE EMPRESA FRUVEG USA CON OFICINAS
EN ESPAÑA BENICARLO PRIVINCIA DE CASTELLON ESTAMOS INTERESADOS DE
EXPORTAR LIMONES A UNOS CLIENTES EN ESTADOS UNIDOS,SI ES POSIBLE
TENER CONTIGO UNA CITA O COMBERSAR, HOY SI ES POSIBLE, MIS TELEFONOS
SON 666954085, FIJO 964472199 GRACIAS

From: luz-672011@hotmail.es
To:
Subject: Cotización de Limon PRIMAFIORI PARA Exportar
Date: Tue, 20 Mar 2012 13:30:44 +0100

Hola

Como le dije por teléfono en estos momentos necesitamos saber si dispone su empresa de la variedad Primafiori, calibre 95,115,140 y 165. caja de cartón con tapa, de

15 a 17 kilos por caja, encajado, precio por kilo para exportar a New York, disponibiliad durante todo el año.

Nuestros telefonos son


Shirly Mieles  movil 666954085
Marta Saenz         603065688


Esperamos, su contestación lo más pronto posible


un saludo.

FRUVEG VALENCIA
Paseo Ferreres Bretó, N 42 Benicarló
Castellon

# EXHIBIT F



## FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |
|------|-----------|-------------------|-------------------|-------|------|

Previous on List   Next on List   Return To List

Events   Name History

Entity Name Search

Submit

# Detail by Entity Name

## Florida Profit Corporation

VEGFRUITWORLD CORP

## Filing Information

| | |
|---|---|
| **Document Number** | P11000088863 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 10/10/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Effective Date** | 10/17/2011 |
| **Last Event** | AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 01/30/2012 |
| **Event Effective Date** | NONE |

## Principal Address

3400 NW 74TH AVENUE
UNIT 1
MIAMI FL 33122 US

## Mailing Address

285 GLENRIDGE ROAD
KEY BISCAYNE FL 33149 US

## Registered Agent Name & Address

BICKFORD, ANDRES A SR
285 GLENRIDGE ROAD
KEY BISCAYNE FL 33149 US

## Officer/Director Detail

**Name & Address**

Title P

BICKFORD, ANDRES A SR
285 GLENDRIDGE ROAD
KEY BISCAYNE FL 33149 US

Title VP

QUEZADA, JOSE J SR
3400 NW 74TH AVENUE UNIT1
MIAMI FL 33122 FL

Title VP

CORAL, HUGO SR
3400 NW 74TH AVENUE UNIT 1

MIAMI FL 33122 US

## Annual Reports

**No Annual Reports Filed**

## Document Images

| | |
|---|---|
| 01/30/2012 -- Amendment and Name Change | View image in PDF format |
| 10/10/2011 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

| | | | |
|---|---|---|---|
| Previous on List | Next on List | Return To List | Entity Name Search |
| Events | Name History | | Submit |

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State