UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-21262-CIV-UNGARO/TORRES

FRU VEG MARKETING, INC., )
a Florida corporation )
  )
      Plaintiff, )
  )
vs. )
  )
VEGFRUITWORLD CORP., f/k/a )
FRUVEG USA CORP., a Florida corporation, et al. )
  )
      Defendants. )
_____)

**ORDER GRANTING MOTION FOR COURT-DIRECTED
ALTERNATIVE SERVICE OF PROCESS ON FOREIGN DEFENDANTS**

**THIS CAUSE** came before the Court upon the Plaintiff's Motion for Court-Directed Alternative Service of Process on the foreign Defendants, pursuant to Fed.R.Civ.P. 4(h)(2) and 4(f)(3). This Court, having considered the motion, it is hereby,

**ORDERED AND ADJUDGED** that the Defendants' motion is **GRANTED**.

Plaintiff is hereby authorized to serve the foreign Defendants with the initial process, within fifteen (15) days, as follows:

    a. for Foreign Defendants FRUVEG PERÚ EXPORT S.A.C. and FRUVECO DEC S.A.S., by service on Andres A. Bickford, Sr., via Certified Mail at 285 Glenridge Road, Key Biscayne, Florida 33149, and by hand delivery to Counsel for Defendants BICKFORD and FRUVEG USA, J. Michael Wermuth, Esq.;

    b. for Foreign Defendants FRUVEG COLOMBIA S.A.S. and FRUVEG GUATEMALA S.A., by service of a copy of the Summons and Complaint via international courier or international mail via Federal Express, to the addresses referenced in Plaintiff's Motion;

1

    c. for Foreign Defendant FRUVEG VALENCIA, by sending a copy of the Summons and Complaint to the email address for their agent, Shirley Mieles, namely, diazmieles@hotmail.es and/or by facsimile;

    d. Plaintiff shall file a Notice of Compliance within twenty (20) days of the date of this Order as proof that service has been effectuated on each Foreign Defendant pursuant to this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2012.

                                                          _____
                                                          URSULA UNGARO
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record